| Attorney or Party without Attorney: <br> CELIA McGUINNESS (SBN 159420) <br> McGUINNESS LAW GROUP, PC <br> 155 GRAND AVENUE SUITE 900, OAKLAND, CA 94612 | | For Court Use Only |
|---|---|---|
| *Telephone No:* (510) 439-2950 x 103 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* S.O. v. Providence Saint John's Health Center | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* S.O., by and through her guardian ad litem, LISA SZILAGYI; et al. <br> *Defendant:* PROVIDENCE SAINT JOHN'S HEALTH CENTER, a California Corporation, ET AL. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF UNINTERESTED PARTIES; PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF S.O.; MEMORANDUM OF POINTS AND AUTHORITIES; PROPOSED ORDER GRANTING PETITION FOR APPOINTMENT OF LISA SZILAGYI AS GUARDIAN AD LITEM FOR PLAINTIFF S.O.; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDERS; NOTICE OF APPEARANCE OF ATTORNEY CATHERINE CABALO; NOTICE OF APPEARANCE OF ATTORNEY KHUSHPREET MEHTON; ORDER GRANTING PETITION; ORDER RE PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR PLAINTIFF S.O.

3. a. Party served: PROVIDENCE HEALTH & SERVICES - WASHINGTON, a Washington Corporation Agent
   b. Person served: JESSIE GASTELUM, INTAKE SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT FOR SERVICE OF PROCESS.

4. Address where the party was served: 330 North Brand Boulevard Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Dec 13 2024 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)
   **b. FIRST LEGAL**
      1939 HARRISON STREET, SUITE 818, OAKLAND, CA 94612
   c. (415) 626-3111

   d. **The Fee** for Service was: 222.39

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/13/2024
(Date)                                       (Signature)



PROOF OF SERVICE

12338181
(6157933)