# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. O., et al.<br><br>                              PLAINTIFF(S)<br><br>v.<br><br>PROVIDENCE SAINT JOHNS HEALTH CENTER, et al.<br><br>                            DEFENDANT(S). | CASE NUMBER:<br><br>2:24–cv–10500–JAK–RAO<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above–entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

  PROVIDENCE HEALTH SYSTEM–SOUTHERN CALIFORNIA, a California Corporation

  PROVIDENCE HEALTH & SERVICES – WASHINGTON, a Washington Corporation

  PROVIDENCE SAINT JOHNS HEALTH CENTER, a California Corporation


                                                Clerk, U.S. District Court

  January 16, 2025                                 By  /s/ *Yvette Louis*
Date                                                       Deputy Clerk