UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | LA CV24-10500-JAK-RAO | Date | January 17, 2025 |
|---|---|---|---|
| Title | S. O. et al v. Providence Saint Johns Health Center, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, United States District Judge |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFAULT OF DEFENDANT <u>AS TO PROVIDENCE SAINT JOHNS HEALTH CENTER, PROVIDENCE HEALTH SYSTEM-SOUTHERN CALIFORNIA, PROVIDENCE HEALTH AND SERVICES - WASHINGTON</u>**

    On January 15, 2025, the plaintiff filed a request for entry of default by clerk against the interests of Defendants Providence Saint Johns Health Center, Providence Health System-Southern California, and Providence Health and Services - Washington. Default by clerk was entered on January 16, 2025. Plaintiff is hereby directed to file a motion for default judgment or, other appropriate dispositive motion on or before February 18, 2025. Plaintiff may file the motion and set it for hearing on an earlier date so long as the date is available on the Court's Open Motion Calendar. Failure to file said dispositive motion by February 18, 2025, will result in dismissal without further notice by the Court.